Kevin M. Duddlesten (SB#019057)
MCGUIREWOODS LLP
2000 McKinney, Suite 1400
Dallas, Texas 75201
Telephone:    214.932.6419
Facsimile:    214.273.7484
kduddlesten@mcguirewoods.com

Igor M. Babichenko
MCGUIREWOODS LLP
800 East Main Street
Richmond, VA 23219
Telephone:    804.775.7617
Facsimile:    804.775-1061
ibabichenko@mcguirewoods.com
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ROY RACHAL,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICAN WOODMARK CORPORATION,<br><br>*Defendant*. | C.A. NO. 16-CV-8046-PCT-JWS<br><br>**DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO SUBSTITUTE PARTY** |

Defendant American Woodmark Corporation ("Defendant" or "AWC"), by counsel, moves the Court to dismiss with prejudice the claims of deceased Plaintiff Roy Rachal ("Plaintiff") pursuant to FED. R. CIV. P. 25(1)(a) for failure to file a motion for substitution of a deceased party. In support of this Motion, Defendant states as follows:

1. On or around October 17, 2016, Plaintiff's counsel informed Defendant's counsel of Plaintiff's unexpected death.

2. On or around October 20, 2016, Defendant filed a Suggestion of Death upon the Record (Dkt. 28).

3. On or around October 25, 2016, Defendant served the Suggestion of Death upon the Record on Plaintiff's brother, Brian Rachal, in accordance with Rule of the Federal Rules of Civil

1  Procedure. To the knowledge of both Plaintiff's and Defendant's counsel, Brian Rachal is Plaintiff's
2  next of kin.
3      4.    On or around October 27, 2016, Defendant filed an Affidavit of Service notifying
4  the Court that Plaintiff's brother had been served with the Suggestion of Death upon the Record
5  (Dkt. 29).
6      5.    On or around November 3, 2016, Defendant and Plaintiff jointly moved to stay the
7  litigation pending either the substitution of Plaintiff or the expiration of the 90-day period by which
8  to do so under Rule 25 of the Federal Rules of Civil Procedure (Dkt. 32).
9      6.    On or around November 6, 2016, the Court granted the joint motion and stayed this
10 litigation (Dkt. 33).
11     7.    Rule 25 of the Federal Rules of Civil Procedure states that if a motion for substitution
12 of a deceased party "is not made within 90 days after service of a statement noting the death, the
13 action by or against the decedent ***must be dismissed***." Fed. R. Civ. P. 25(a)(1) (emphasis added);
14 *see also Jette v. Orange County Fin., Inc.*, No. 2:08-cv-01767-GEB-KJN, 2010 U.S. Dist. LEXIS
15 81290, *13-14 (E.D. Cal. Aug. 11, 2010) (granting motion to dismiss for failure to substitute party
16 prior to the lapse of the 90-day period); *Contreras v. Mun. Ry. of San Francisco*, No. C 03-0629
17 VRW, 2004 U.S. Dist. LEXIS 1013, *1 (N.D. Cal. Jan. 21, 2004) (same).
18     8.    The 90-day period now has expired, and no motion to substitute has been made.
19 Accordingly, this case should be dismissed with prejudice for failure to substitute a party for the
20 deceased Plaintiff.
21     WHEREFORE, Defendant respectfully requests that the Court grant this Motion and dismiss
22 Plaintiff's claims with prejudice.

Dated: January 30, 2017

Respectfully submitted,

M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP

/s/ *Igor M. Babichenko*
Igor M. Babichenko
M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
800 East Main Street
Richmond, VA 23219
Telephone:   804.775.7617
Facsimile:    804.775-1061
ibabichenko@mcguirewoods.com

Kevin M. Duddlesten (SB#019057)
M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
2000 McKinney, Suite 1400
Dallas, Texas 75201
Telephone:   214.932.6419
Facsimile:    214.273.7484
kduddlesten@mcguirewoods.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2017, the foregoing document was duly served in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure via Electronic Case Filing:

Trey Dayes (No. 020805)
Sean Davis (No. 030754)
P<small>HILLIPS</small> D<small>AYES</small> L<small>AW</small> F<small>IRM</small>, PC
3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
602.288.1610 ext. 432
docket@phillipsdayeslaw.com

*Counsel for Plaintiff*

/s/ *Igor M. Babichenko*
Igor M. Babichenko