UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| Roy Rachal | v. | American Woodmark Corporation |
| Honorable John W. Sedwick | | 3:16-cv-08046-JWS |
| Order from Chambers | | February 22, 2017 |

_____

    At docket 34 defendant moves for dismissal pursuant to Fed. R. Civ. P. 25(a)(1). No response has been filed.  Upon examination, the motion appears to have merit.  The motion at docket 34 is granted as follows:  The claims against defendant are dismissed with prejudice.  The Clerk will please close this file.

_____